JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

MEHAKPREET SINGH,

Petitioner,

v.

ERNESTO SANTACRUZ JR., et al.,

Respondents.

Case No. 5:26-cv-00343-RGK-ACCV

**JUDGMENT**

**(AS MODIFIED)**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge as modified,

IT IS ORDERED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the April 6, 2026 Report and Recommendation of the United States Magistrate Judge, as modified. (Dkt. 16.)

DATED: 5/1/2026

_____
HON. R. GARY KLAUSNER
United States District Judge